Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
12/23/2024
CT Log Number 548041020

## Service of Process Transmittal Summary

Click Here to access this service of process on the CT SOP Hub.

| | |
|---|---|
| **TO:** | Laura Aznavoorian, Litigation Supervisor<br>Gallagher Bassett Services, Inc.<br>1411 OPUS PL STE 400<br>DOWNERS GROVE, IL, 60515-1481 |
| **RE:** | **Process Served in South Carolina** |
| **FOR:** | Costco Wholesale Membership, Inc. (Domestic State: CA) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: NATALIE J. KNISLEY AND THOMAS KNISLEY // To: Costco Wholesale Membership, Inc. |
| **CASE #:** | 2024CP1006194 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **PROCESS SERVED ON:** | CT Corporation System, Columbia, SC |
| **DATE/METHOD OF SERVICE:** | By Traceable Mail on 12/23/2024 |
| **JURISDICTION SERVED:** | South Carolina |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 12/23/2024, Expected Purge Date: 01/07/2025<br>Image SOP<br>Email Notification, Laura Aznavoorian laura_aznavoorian@gbtpa.com<br>Email Notification, Derek Snead dsnead@costco.com<br>Email Notification, Maureen Papier maureen_papier@gbtpa.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>2 Office Park Court<br>Suite 103<br>Columbia, SC, 29223<br>866-401-8252<br>LargeCorporationTeam@wolterskluwer.com |

Click Here to access this service of process on the CT SOP Hub.
Click Here to access this service of process at CTAdvantage, where you will be automatically routed to the CT SOP Hub.

Or copy and paste the following URL into your web browser.
https://sop.ctadvantage.com/sophub/App/index.aspx#/search/BasicSearch/1/548041020

**Please do not reply to this E-Mail.** This mailbox is not monitored and you will not receive a reply.

**Note:** The information contained in this e-mail message, and any attachment thereto, is confidential and may not be disclosed without the express permission of C T Corporation System and/or its affiliates ("CT"). If you are not the intended recipient or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that you have received this message in error and that any review, dissemination, distribution or copying of this message, or any attachment thereto, in whole or in part, is strictly prohibited. If you have received this message in error, please immediately notify us by telephone, fax or e-mail and delete the message and all of its attachments. Thank you. Every effort is made to keep our network

ELECTRONICALLY FILED - 2024 Dec 16 2:17 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1006194

| | |
|---|---|
| STATE OF SOUTH CAROLINA<br><br>COUNTY OF CHARLESTON | IN THE COURT OF COMMON PLEAS<br>NINTH JUDICIAL CIRCUIT<br>CASE NO.: 2024-CP-10-_________ |
| NATALIE J. KNISLEY AND THOMAS KNISLEY,<br><br>PLAINTIFFS,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>DEFENDANTS. | **SUMMONS** |

TO: COSTCO WHOLESALE CORPORATION:

**YOU ARE HEREBY SUMMONED** and required to answer the Complaint herein, a copy of which is herewith served upon you and to serve a copy of your answer to this complaint upon the subscriber, at the address shown below, within thirty (30) days after service hereof, exclusive of the day of such service, and if you fail to answer the complaint, judgment by default will be rendered against you for the relief demanded in the complaint.

Respectfully submitted,
URICCHIO, HOWE, KRELL, JACOBSON, TOPOREK, & KEITH, P.A.

s/ Jonathan F. Krell
Jonathan F. Krell, Bar No. 16691
Jeff Buncher, Jr., Bar No. 78890
jonathan@uricchio.com
jeff@uricchio.com
17 ½ Broad Street - PO Box 399
Charleston, SC 29402
Tel.: (843) 723-7491

*ATTORNEYS FOR PLAINTIFF*

Charleston, South Carolina
December 16, 2024

ELECTRONICALLY FILED - 2024 Dec 16 2:17 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1006194

| | |
|---|---|
| STATE OF SOUTH CAROLINA<br><br>COUNTY OF CHARLESTON<br><br>NATALIE J. KNISLEY AND THOMAS KNISLEY,<br><br>PLAINTIFFS,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>DEFENDANTS. | IN THE COURT OF COMMON PLEAS<br>NINTH JUDICIAL CIRCUIT<br>CASE NO.: 2024-CP-10-________<br><br>**COMPLAINT**<br>**Jury trial Demanded** |

The Plaintiffs, Natalie J. Knisley and Thomas Knisley, complaining of the Defendant, Costco Wholesale Corporation (hereinafter "Costco"), would show unto this Honorable Court as follows:

**JURISDICTIONAL ALLEGATIONS**

1. That the Plaintiffs are citizens and residents of Charleston County, South Carolina.
2. That upon information and belief, Defendant Costco is a corporation, company or entity organized and existing pursuant to the laws of the state of Washington and does conduct business in and maintain agents, servants, and employees in the County of Charleston, State of South Carolina.
3. That the incident that is the subject of this complaint occurred on February 14, 2024, at the Costco retail store located at 3525 Park Avenue Boulevard, Mt. Pleasant, South Carolina.
4. That this court has jurisdiction over the parties and allegations complained of herein, and venue is proper in Charleston County.

ELECTRONICALLY FILED - 2024 Dec 16 2:17 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1006194

## FACTUAL ALLEGATIONS

5. That Costco is a national, retail establishment which sells memberships to members, which allows members' only shopping for discounted products in bulk amounts.

6. That at all times herein mentioned, and in regard to all matters herein mentioned, Costco acted by and through its agents, servants, and employees, who were at all times acting within the course and scope of their agency and employment. That upon information and belief, all members entering to purchase items must use the entrance door and all members who have purchased items must use the exit door.

7. That upon information and belief, Costco has salesclerks and other employees check out members with their retail items inside the store, and load members' carts or help load their carts.

8. That on or about February 14, 2024, Plaintiff Natalie Knisley was walking in Coscto by the ATT kiosk when another Costco shopper struck Plaintiff Natalie J. Knisley with her shopping cart.

9. That upon information and belief, the shopping cart that struck Plaintiff Natalie J. Knisley contained items stacked taller than her height thereby blocking her vision.

10. That upon information and belief, the Costco cart that struck Natalie J. Knisley had been stacked by a Costco employee.

11. That upon information and belief, as a direct and proximate result of the crash, Natalie J. Knisley suffered the following injuries and damages:

ELECTRONICALLY FILED - 2024 Dec 16 2:17 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1006194

a. Emergency Room treatment and hospital stay in intensive care.

b. Physical therapy.

c. Two invasive surgical hip surgeries and right shoulder pain.

d. Continued long-term and short-term memory loss.

e. Emotional trauma.

f. Poor coordination.

g. Severe, traumatic, and permanent injury to her right hip and shoulder.

h. Incurred substantial medical expenses and will continue to incur such expenses in the future.

i. Severe pain and mental anguish and will continue to suffer in the future.

j. Impairment in her ability to enjoy life; and

k. Other damages to be established at trial.

12. That upon information and belief, as a direct and proximate result of the incident, the Plaintiffs suffered monetary damages for the above injuries and will continue to incur damages in amounts to be established at trial.

**COUNT 1 -NEGLIGENCE**

13. The Plaintiffs incorporate by reference paragraphs 1-12 of this complaint and restate all allegations contained therein.

14. The injuries and damages suffered by Natalie J. Knisley and the resulting injuries, damages and losses suffered by her husband, Thomas Knisley, were a proximate result of the carelessness, negligence, recklessness, willfulness, wantonness, gross negligence and heedlessness of the Defendant in one or more of the following respects:

ELECTRONICALLY FILED - 2024 Dec 16 2:17 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1006194

a. In creating the hazardous condition which caused Natalie J. Knisley to be knocked to the ground.

b. In failing to warn customers/members of a hazardous condition.

c. By packing the offending shopping cart too high, or by assisting the offending shopping cart to be packed too high by allowing the offending cart to be pushed when it was not safe to be pushed in the manner in which it was packed.

d. By failing to assist the other customer with her packed cart as it was pushed through the store.

e. In such other particulars as the evidence at trial may show; and

f. Other acts of negligence to be determined through discovery.

As a direct and proximate result of Defendant's acts and/or omissions, the Plaintiffs have suffered damages and/or injuries as set forth above.

15. The Plaintiffs are therefore informed and believe that they are entitled to judgment against Defendant for actual and general damages as well as punitive damages.

**FOR A SECOND CAUSE OF ACTION**
(Loss of Consortium)

16. Each and every allegation of this Complaint which is not inconsistent with the following is hereby realleged and reincorporated by reference as if set forth verbatim herein

17. That for all times herein alleged, Plaintiffs have been lawfully wedded husband and wife.

ELECTRONICALLY FILED - 2024 Dec 16 2:17 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1006194

18. That as a result of the negligence, gross negligence, willfulness, wantonness, and recklessness of the Defendant, Plaintiff Thomas Knisley was damaged and injured and will in the future continue to be damaged and injured as follows:

a. In losing the consortium, love, affection and society of his wife; and

b. In such other ways as a judge or jury may determine.

**WHEREFORE**, the Plaintiffs pray for judgment against the Defendant for actual, consequential, special, and punitive damages in an amount to be determined by a jury, and for such other relief as the Court may deem just and proper.

Respectfully submitted,
URICCHIO, HOWE, KRELL, JACOBSON,
TOPOREK, & KEITH, P.A.

s/ Jonathan F. Krell
Jonathan F. Krell, Bar No. 16691
Jeff Buncher, Jr., Bar No. 78890
jonathan@uricchio.com
jeff@uricchio.com
17 ½ Broad Street - PO Box 399
Charleston, SC 29402
Tel.: (843) 723-7491

*ATTORNEYS FOR PLAINTIFF*

Charleston, South Carolina
December 16, 2024